```
             UNITED STATES DISTRICT COURT
                DISTRICT OF MINNESOTA
               Criminal No.: 07 -307 PAM
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER ALLOWING TRAVEL AND |
| | TEMPORARY RETURN OF PASSPORT |
| ) | |
| Gregory Marion Hewitt, ) | |
| ) | |
| Defendant. ) | |

Upon application of the Defendant, Gregory Marion Hewitt, through his attorney, Daniel M. Scott, and for cause shown IT IS HEREBY ORDERED that the Defendant is granted permission to travel outside the United States for business purposes, to Milan, Italy from September 27, 2007 through October 2, 2007 and then to Paris, France, returning to the United States on October 11, 2007. IT IS FURTHER ORDERED that Pretrial Services temporarily return his passport for the purpose of accomplishing that travel. Upon his return Mr. Hewitt is directed to return his passport to Pretrial Services without delay.

Dated: September 24, 2007

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Judge