UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 07-307 PAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER MODIFYING TRAVEL |
| | ) | AUTHORIZATION |
| Gregory Marion Hewitt, | ) | |
| | ) | |
| Defendant. | ) | |

Upon application of Defendant Gregory Marion Hewitt, through his attorney Daniel M. Scott, and for cause shown IT IS HEREBY ORDERED that this Court's Order of September 24, 2007 granting Defendant permission to travel outside the United States of America for business purposes (Docket No. 6) shall be modified to change the dates of travel to Milan, Italy from October 2, 2007, to October 7, 2007, and then to Paris, France, returning to the United States on October 15, 2007.

Dated: October 1, 2007

                                                      s/ Paul A. Magnuson
                                                    Paul A. Magnuson
                                                    United States District Judge