UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 07-307 (PAM/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| Gregory Marion Hewitt, | |
| Defendant. | |

This matter is before the Court on Defendant's Petition for Travel and Temporary Return of Passport. In the Petition filed on November 16, 2007, Defendant states that he has made plans to travel to Italy and France November 19, 2007, through December 3, 2007. Defendant states that the purpose of the travel is to contact businesses on behalf of Continuum Transformation, LLC, a consulting business that has employed Defendant.

In opposing the Petition, the Government requests that the Court issue an order to ascertain the basis for Defendant's request. Given the nature of this prosecution, the Government's request is reasonable. Accordingly, **IT IS HEREBY ORDERED** that Defendant immediately file an affidavit or similar statement under oath from an authorized representative of Continuum Transformation, LLC establishing the following: (1) that Defendant is an employee of Continuum Transformation, LLC; (2) the purpose of Defendant's travel; and (3) the necessity of such travel.

Dated: November 20, 2007

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge