# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 07-307 (PAM/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| Gregory Marion Hewitt, | |
| Defendant. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

IT IS HEREBY ORDERED that Hewitt's motion to suppress statements (Doc. No. 19) is **DENIED**.

Dated: January 7, 2008

s/ Paul A. Magnuson
PAUL A. MAGNUSON
Senior Judge, United States District Court